UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHC OPERATING LLC,<br><br>       Petitioner,<br><br>  v.<br><br>New York Hotel & Motel Trades Council, AFL-CIO,<br><br>       Respondent. | Civil Action No. 1:21-cv-10349 |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Petitioner RHC Operating LLC ("RHC") hereby certifies that it is a limited liability company whose sole member is Roosevelt Hotel Corporation, N.V., a Netherlands Antilles Company. The parent company of Roosevelt Hotel Corporation, N.V. is PIA Investments Limited, which is a foreign corporation. RHC and Roosevelt Hotel Corporation, N.V. are not publicly traded companies. PIA Investments Limited is a subsidiary of Pakistan International Airlines Corporation Limited, which is traded on the Pakistan Stock Exchange Limited.

Dated: New York, New York
   December 3, 2021

               Respectfully submitted,
               VENABLE LLP

               */s/ Michael J. Volpe*
               Michael J. Volpe
               Sarah A. Fucci
               1270 Avenue of the Americas, 24th Floor
               New York, New York 10020
               T: (212) 808-5676
               mjvolpe@venable.com

               *Attorneys for Petitioner RHC Operating, LLC*