UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RHC OPERATING LLC,

                Petitioner,        21-cv-10349 (JGK)

    - against -                ORDER

NEW YORK HOTEL & MOTEL TRADES
COUNCIL, AFL-CIO,

                Respondent.

---

JOHN G. KOELTL, District Judge:

    Oral argument is adjourned to **May 27, 2022, at 11:00 a.m.**

Dial-in: (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            May 23, 2022

                                                  _____
                                                  John G. Koeltl
                                             United States District Judge