**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

RHC OPERATING LLC,

                Petitioner,                21 **CIVIL** 10349 (JGK)

      -against-                          **JUDGMENT**

NEW YORK HOTEL & MOTEL TRADES
COUNCIL, AFL-CIO,

                Respondent.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 2, 2022, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. RHC's petition to vacate the Award is denied and the Union's petition to confirm the Award is granted; accordingly, the case is closed.

**Dated**: New York, New York
         June 2, 2022

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                            **BY:**            K. Mango

                                                            **Deputy Clerk**